M. MONROE FASS and Another, Respondents, v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA and Others, Defendants, Impleaded

with WILLIAM A. HYMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.